JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CERMENO HERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN DUFFY, Warden,<br><br>    Respondent. | Case No. CV 13-02252-JVS (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: December 14, 2015

                                                                   JAMES V. SELNA<br>
                                                                   UNITED STATES DISTRICT JUDGE